UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:  HSBC Bank USA, N.A., Debit Card Overdraft Fee Litigation | Civil Action No.   2:13-md-02451-ADS-AKT<br><br>Hon. A. Kathleen Tomlinson |

## DISCOVERY STATUS REPORT

The following status report is submitted by defendants HSBC Bank USA, N.A., HSBC USA Inc. and HSBC North America Holdings Inc. (collectively, "HSBC") in accord with this Court's August 6, 2013, order (the "Order").  Pursuant to the Order, HSBC filed reports every three weeks since August 22, 2013.  In its last report, HSBC informed the Court that it had concluded its search for certain transaction-related data responsive to plaintiffs' first round of discovery, dated April 5, 2013, and April 15, 2013, and requested the Court discontinue HSBC's reporting obligations under the Order.  Having completed its search for the transaction-related records, HSBC once again requests that this Court modify the Order and discontinue HSBC's obligation to continue to file reports every three weeks.

Dated:  October 16, 2014

STROOCK & STROOCK & LAVAN LLP

      JULIA B. STRICKLAND
      LISA M. SIMONETTI
      JOSEPH E. STRAUSS
      WESLEY M. GRIFFITH
      RAYMOND A. GARCIA

By:     */ s / Lisa M. Simonetti*
Lisa M. Simonetti
Julia B. Strickland
Wesley M. Griffith
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East

LA 51805744

Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

Joseph E. Strauss
Raymond A. Garcia
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Attorneys for Defendants
HSBC BANK USA, N.A., HSBC USA INC., and HSBC NORTH AMERICA HOLDINGS INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: HSBC Bank USA, N.A., Debit Card Overdraft Fee Litigation | Civil Action No. 2:13-md-02451-ADS-AKT<br><br>Hon. A. Kathleen Tomlinson |

PROOF OF SERVICE

I, Lisa M. Simonetti, counsel for HSBC Bank USA, N.A., HSBC USA Inc. and HSBC North America Holdings Inc., hereby certify that a copy of the foregoing DISCOVERY STATUS REPORT was served by the Court's CM/ECF system and/or First Class Mail on October 16, 2014, on the following:

Jonathan W. Cuneo　　　　　　　　　　　*Counsel for Plaintiff Leah Hanes*
Cuneo Gilbert & LaDuca, LLP　　　　　　*Case No. 1:13-cv-00229-TSE-TCB*
507 C Street NE
Washington, DC  20002
Telephone:  202-789-3960
Fax:  202-789-1813
Email:  jonc@cuneolaw.com

Robert J. Cynkar
Cuneo, Gilbert & LaDuca LLP
507 C Street, NE
Washington, DC  20002
Telephone:  202-587-5063
Fax:  202-789-1813
Email:  rcynkar@cuneolaw.com

Daniel M. Cohen
Cuneo Gilbert & LaDuca LLP
106-A South Columbus Street
Alexandria, VA  22314
Telephone:  202-789-3960
Fax:  202-789-1813
Email:  danielc@cuneolaw.com

LA 51805744

Aron K. Liang
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Fax: 650-697-0577
Email: aliang@cpmlegal.com

Nancy L. Fineman
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Fax: 650-697-0577
Email: nfineman@cpmlegal.com

Jennifer Ellis Kelly
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
Telephone: 202-789-3960
Fax: 202-789-1813
Email: jkelly@cuneolaw.com

Yifei Li
Cuneo Gilbert & LaDuca LLP
507 C Street NeE
Washington, DC 20002
Telephone: 202-789-3960
Fax: 202-789-1813
Email: evelyn@cuneolaw.com

Brian S. Cohen                              *Counsel for Darek Jura*
COHEN LAW GROUP, P.C.                       *Case No. 1:12-cv-06224-ADS-AKT*
10 East 40th Street, 46th Floor
New York, NY 10016
Telephone: 212-967-2879
Fax: 646-349-2567
Email: brian@cohenlg.com

LA 51805744

Timothy J. MacFall
Rigrodsky & Long, P.A.
825 East Gate Blvd., Suite 300
Garden City, NY  11530
Telephone:  516-683-3516
Fax:  302-654-7530
Email:  tjm@rigrodskylong.com
Email:  oap@rigrodskylong.com

Scott B. Fisher
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, NY  11530
Telephone:  516-746-8000
Fax:  516-393-8282
Email:  sschlesinger@jshllp.com

Steven R. Schlesinger
Jaspan, Schlesinger & Hoffman, LLP
300 Garden City Plaza, 5th Floor
Garden City, NY  11530
Telephone:  516-746-8000
Fax:  516-393-8282
Email:  sschlesinger@jshllp.com

Adam S. Turk                                  *Counsel for Plaintiffs Ofra Levin, 33 Seminary*
Turk & Davidoff PLLC                          *LLC, Binghousing Inc. and Rock View*
250 W. 57th Street, #1218                     *Ventures LLC*
New York, NY  10107                           *Case No. 2:12-cv-05696-ADS-AKT*
Telephone:  212-265-4900
Fax:  646-964-6600
Email:  aturk@turkdavidoff.com

Barry Himmelstein
Himmelstein Law Network
2000 Powell Street, Suite 1605
Emeryville, CA  94608
Telephone:  510-450-0782
Fax:  510-380-6147
Email:  barry@himmellaw.com

                                        By:  _____/ s / Lisa M. Simonetti_____
                                                      Lisa M. Simonetti

LA 51805744